IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUJOLD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> I.Q. DATA INTERNATIONAL, INC., <br><br> Defendant. | Case No. 1:20-cv-00648-AWI-EPG <br><br> ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE RESPONSE TO THE COMPLAINT <br><br> (ECF No. 11) |

Pursuant to the stipulation of the parties (ECF No. 11), and finding good cause exists, IT IS ORDERED that the Defendants shall have until July 9, 2020, to file a responsive pleading.

IT IS SO ORDERED.

Dated:  **June 23, 2020**                                /s/ Erica P. Grosjean
                                                                           UNITED STATES MAGISTRATE JUDGE