1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUJOLD and RAYCHEL SKEEN,<br><br>                              Plaintiffs,<br><br>        v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>                              Defendant. | Case No.  1:20-cv-00648-AWI-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 18) |

   Plaintiffs, Larry Bujold and Raychel Skeen, and Defendant, I.Q. Data International, Inc., have filed a joint motion for dismissal of the entire action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 18). In light of the motion, which the Court construes as a stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  __**September 29, 2020**__          ___/s/___ *Erica P. Grosjean*

                                         UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28